IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK JOSEPH HELSEL,

                Plaintiff,

    v.

COLUMBIA CORR. INSTITUTION
H.S.U. STAFF,

                Defendants.

ORDER

13-cv-685-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on December 18, 2013, I dismissed plaintiff Mark Helsel's complaint for his failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until January 7, 2014, in which to submit a proposed amended complaint addressing the deficiencies explained in the December 18 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is now past that deadline, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff Mark Helsel's case is dismissed. The clerk of court is directed to enter judgment in favor of defendants and close this case.

      Entered this 22d day of January, 2014.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB

                              District Judge