IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK JOSEPH HELSEL,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                 13-cv-685-bbc

COLUMBIA CORR. INSTITUTION H.S.U. STAFF,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |